EXHIBIT A

# United States of America
## United States Patent and Trademark Office



**HYDRO**JUG

| | |
|---|---|
| **Reg. No. 5,414,493** | Hydrojug, LLC (UTAH LIMITED LIABILITY COMPANY)<br>3714 Jackson Avenue |
| **Registered Feb. 27, 2018** | Ogden, UTAH 84403 |
| **Int. Cl.: 21** | CLASS 21: Reusable plastic water bottles sold empty |
| **Trademark** | FIRST USE 1-13-2017; IN COMMERCE 1-13-2017 |
| **Principal Register** | The mark consists of A single water drop with inset, stylized "H" that forms a dumbbell weight, the literal element "Hydrojug" set underneath. |
| | No claim is made to the exclusive right to use the following apart from the mark as shown: "JUG" |
| | SER. NO. 87-420,720, FILED 04-21-2017 |

*[Seal of the United States Patent and Trademark Office]*

*[Signature]*

Director of the United States
Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# HYDROJUG

**Reg. No. 5,870,021**
**Registered Sep. 24, 2019**
**Int. Cl.: 21**
**Trademark**
**Principal Register**

Hydrojug, LLC  (UTAH LIMITED LIABILITY COMPANY)
2675 Industrial Drive, Suite 203
Ogden, UTAH 84401

CLASS 21: Drinking straws; Drinking straws of plastic; Insulating sleeve holder for bottles; Insulating sleeve holders made of neoprene for jars, bottles or cans; Reusable plastic water bottles sold empty

FIRST USE 1-13-2017; IN COMMERCE 1-13-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-280,581, FILED 01-29-2019



Director of the United States
Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office



**HYDRO**JUG

| | |
|---|---|
| **Reg. No. 6,015,313** | Hydrojug, LLC (UTAH LIMITED LIABILITY COMPANY)<br>2675 Industrial Drive, Suite 203 |
| **Registered Mar. 17, 2020** | Ogden, UTAH 84401 |
| **Int. Cl.: 21, 35** | CLASS 21: Drinking straws; Drinking straws of plastic; Insulating sleeve holder for bottles; Insulating sleeve holders made of neoprene for jars, bottles or cans |
| **Service Mark** | FIRST USE 1-13-2017; IN COMMERCE 1-13-2017 |
| **Trademark** | CLASS 35: On-line retail store services featuring hydration products and accessories, namely, water bottles, drinking bottles for sports, and bottle accessories including sleeves, carriers, and straws |
| **Principal Register** | |

FIRST USE 1-13-2017; IN COMMERCE 1-13-2017

The mark consists of a single water drop with inset, stylized "H" that forms a dumbbell weight, the literal element "Hydrojug" set underneath.

SER. NO. 88-506,224, FILED 07-09-2019



Director of the United States
Patent and Trademark Office

