EXHIBIT B

US00D889914S

(12) **United States Design Patent** (10) Patent No.: **US D889,914 S**

Wadsworth (45) Date of Patent: ✱✱ **Jul. 14, 2020**

(54) **CONTAINER SLEEVE**

(71) Applicant: **Hydrojug, LLC**, Ogden, UT (US)

(72) Inventor: **Hayden Wadsworth**, Ogden, UT (US)

(73) Assignee: **Hydrojug, LLC**, Ogden, UT (US)

(✱✱) Term: **15 Years**

(21) Appl. No.: **29/680,664**

(22) Filed: **Feb. 19, 2019**

(51) LOC (12) Cl. ............................................. **07-06**
(52) **U.S. Cl.**
USPC ............................. **D7/624.2**; D7/607; D3/229
(58) **Field of Classification Search**
USPC .............. D7/619.1–625, 603–608, 701–708;
D9/455; D3/215, 226, 229
CPC ........... B65D 81/3881; B65D 81/3886; B65D
81/3883; B65D 81/3879; B65D 23/08;
B65D 23/0885; A47G 23/0241; A47G
23/0266; A47G 23/0216; A47G 19/2288;
A47G 21/145; A61F 7/10; F25D 3/08;
F25D 3/12; F25D 3/14; A45C 11/20;
A45C 1/04; A45F 3/44; A45F 3/02; A45F
3/16; A45F 3/005; A45F 5/00; A45F
5/10; A45F 2003/002; A45F 2005/006;
A45F 2200/0583
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,540,611 A | * | 9/1985 | Henderson | B65D 23/08 |
| | | | | 150/901 |
| 4,974,761 A | * | 12/1990 | Luque | A45C 1/04 |
| | | | | 224/148.5 |
| D335,957 S | * | 6/1993 | Cantrell | 224/148.5 |
| D373,678 S | * | 9/1996 | Haigis | D3/229 |
| D397,550 S | * | 9/1998 | Coughlin | D3/229 |
| D399,707 S | * | 10/1998 | Villarreal, Jr. | D7/607 |
| 6,401,993 B1 | * | 6/2002 | Andrino | A45F 5/00 |
| | | | | 224/148.5 |
| D474,887 S | * | 5/2003 | Forster | D3/229 |
| D704,006 S | * | 5/2014 | Gonzales | D7/607 |
| D773,809 S | * | 12/2016 | Lieser | D3/232 |
| 2015/0265083 A1 | * | 9/2015 | Myers | A45F 5/10 |
| | | | | 220/739 |

* cited by examiner

*Primary Examiner* — Terry A Wallace

(74) *Attorney, Agent, or Firm* — Preston P. Frischknecht; Project CIP

(57) **CLAIM**

The ornamental design for a container sleeve, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view;
FIG. **2** is a first side view;
FIG. **3** is a second side view;
FIG. **4** is a third side view;
FIG. **5** is a fourth side view;
FIG. **6** is a top view; and,
FIG. **7** is a bottom view.
The dashed lines depict portions of the container sleeve that form no part of the claimed design. The dash dot lines depict stitching of the container sleeve that forms no part of the claimed design.

**1 Claim, 6 Drawing Sheets**





*FIG. 1*



*FIG. 2*



*FIG. 3*



*FIG. 4*



FIG. 5



FIG. 7



FIG. 6