EXHIBIT C

🛒 0

HOME  /  INSULATED WATER BOTTLE SLEEVES

# INSULATED WATER BOTTLE SLEEVES

## RECENTLY VIEWED

GET 50% OFF



**INSULATED SLEEVE (HALF GALLON-WHITE)**
$19.95 $24.95



**INSULATED SLEEVE (HALF GALLON-PINK LEOPARD)**
$19.95 $24.95



**INSULATED SLEEVE (GALLON-PINK)**
$19.95 $24.95

ADD TO CART



**INSULATED SLEEVE (HALF GALLON-PINK)**
$19.95 $24.95

ADD TO CART



**INSULATED SLEEVE (GALLON-TURQUOISE)**
$19.95 $24.95

ADD TO CART



**INSULATED SLEEVE (HALF GALLON-TURQUOISE)**
$19.95 $24.95



**INSULATED SLEEVE (GALLON-WHITE)**
$19.95 $24.95

ADD TO CART



**INSULATED SLEEVE (HALF GALLON-WHITE)**
$19.95 $24.95

ADD TO CART

ADD TO CART

ADD TO CART

ADD TO CART



**INSULATED SLEEVE (GALLON-PURPLE)**

$19.95 $24.95

ADD TO CART



**INSULATED SLEEVE (HALF GALLON-PURPLE)**

$19.95 $24.95

ADD TO CART



**INSULATED SLEEVE (GALLON-BLUE)**

$19.95 $24.95

ADD TO CART

GET 50% OFF



**INSULATED SLEEVE (HALF GALLON-BLUE)**

$19.95 $24.95

ADD TO CART



**INSULATED SLEEVE (GALLON-LIGHT PURPLE)**

$19.95 $24.95

ADD TO CART



**INSULATED SLEEVE (HALF GALLON- LIGHT PURPLE)**

$19.95 $24.95

ADD TO CART







INSULATED SLEEVE (GALLON-BLACK)

$19.95 $24.95

ADD TO CART

INSULATED SLEEVE (HALF GALLON - BLACK)

$19.95 $24.95

ADD TO CART

INSULATED SLEEVE (HALF GALLON GREEN)

$19.95 $24.95

ADD TO CART





INSULATED SLEEVE (GALLON-RED)

$19.95 $24.95

GET 50% OFF

ADD TO CART

INSULATED SLEEVE (HALF GALLON-RED)

$19.95 $24.95

ADD TO CART

INSULATED SLEEVE (HALF GALLON-BLUE CAMO)

$19.95 $24.95

ADD TO CART





INSULATED SLEEVE (GALLON-PURPLE LEOPARD)

$19.95 $24.95

ADD TO CART

INSULATED SLEEVE (HALF GALLON-PINK LEOPARD)

$19.95 $24.95

ADD TO CART

LOAD MORE PRODUCTS

# STAY IN TOUCH

Sign up to get the latest on sales, new releases and more …

Enter your email address...    **SIGN UP**

## HYDROMATE

Our Story

Hydration Drink Mix

Motivational Water Bottles

Track Your Package

My Account

Careers

FAQs

## LEGAL

Privacy Policy

Delivery & Return Policy

Terms & Conditions

## GET IN TOUCH

Share your hydration journey and connect and follow us on social media.

Email: help@hydromate.com

GET 50% OFF

© 2020 HydroMATE. Powered by Shopify