IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  0:21-cv-60097

Judge Cecelia M. Altonaga

HYDROJUG INC., a Delaware corporation,

     Plaintiff,

v.

HYDROMATE LLC and NATUREWORKS,
Florida limited liability companies,

     Defendants.

_____/

## STIPULATION OF DISMISSAL

     WHEREAS Plaintiff Hydrojug, Inc. and Defendants Hydromate LLC and Natureworks have entered into a Settlement Agreement concerning the above captioned action (the "Settlement"), it is therefore stipulated and agreed by and between the parties through their undersigned counsel of record that pursuant to Fed. R. Civ. P. 41, Plaintiff's Complaint and Defendants' Counterclaims are dismissed in their entirety with prejudice with each party to bear its own costs, expenses, and attorney's fees.

Respectfully submitted this 18th day of May, 2021.

By: /s/ Preston P. Frischknecht
    Preston P. Frischknecht
    (USB #11286) (*pro hac vice*)
    preston@projectcip.com
    PROJECT CIP
    399 N Main, Suite 220
    Logan, UT 84321
    Telephone: (435) 512-4893
    *Counsel for Plaintiff*

By:   /s/ Steven I. Peretz
    Steven I. Peretz
    Florida Bar No.: 329037
    speretz@pch-iplaw.com
    Alberto Alvarez
    aalvarez@pch-iplaw.com
    Florida Bar No.: 106859
    Peretz Chesal & Herrmann, P.L.
    1 S.E. 3rd Avenue
    Suite 1820
    Miami FL 33131
    Tel: 305.341.3000
    *Counsel for Plaintiff*

By: /s/Robert C. Kain, Jr., Esq.
    Robert C. Kain, Jr., Esq. (266760)
    RKain@ConceptLaw.com
    Alexander D. Brown, Esq. (752665)
    ABrown@ConceptLaw.com
    Adam Goldman, Esq. (86761)
    AGoldman@ConceptLaw.com
    THE CONCEPT LAW GROUP, P.A.
    6400 N. Andrews Ave., Suite 500
    Fort Lauderdale, Florida 33309
    Telephone: 754-300-1500
    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on May 18, 2021

via CM/ECF on all counsel or parties of record in the manner specified on the Service List below.

> Robert C. Kain, Jr., Esq. (266760)
> RKain@ConceptLaw.com
> Alexander D. Brown, Esq. (752665)
> ABrown@ConceptLaw.com
> Adam Goldman, Esq. (86761)
> AGoldman@ConceptLaw.com
> THE CONCEPT LAW GROUP, P.A.
> 6400 N. Andrews Ave., Suite 500
> Fort Lauderdale, Florida 33309
> Telephone:    754-300-1500
> *Counsel for Plaintiff*

By: /s/ Preston P. Frischknecht
    Preston P. Frischknecht
    (USB #11286) (*pro hac vice*)
    preston@projectcip.com
    PROJECT CIP
    399 N Main, Suite 220
    Logan, UT 84321
    Telephone: (435) 512-4893
    *Counsel for Plaintiff*

By:    /s/ Steven I. Peretz
    Steven I. Peretz
    Florida Bar No.: 329037
    speretz@pch-iplaw.com
    Alberto Alvarez
    aalvarez@pch-iplaw.com
    Florida Bar No.: 106859
    Peretz Chesal & Herrmann, P.L.
    1 S.E. 3rd Avenue
    Suite 1820
    Miami FL 33131
    Tel: 305.341.3000
    *Counsel for Plaintiff*